**Dennis BAILEY, Plaintiff—Appellant,**

v.

**ANNE ARUNDEL COUNTY, MARYLAND, Defendant— Appellee.**

No. 03–1458.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 19, 2003.

Decided Dec. 3, 2003.

Dennis Bailey, Appellant pro se.

William Davidson Evans, Jr., Senior Assistant County Attorney, Annapolis, Maryland, for Appellee.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Dennis Bailey appeals the district court's order granting Anne Arundel County's motion for summary judgment and denying relief on his discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bailey v. Anne Arundel County,* 259 F.Supp.2d 421 (D.Md.2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*